**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                                                  CASE NO.: 15-16978-JKO

JULIO C GURREA,                                                              CHAPTER 13

DEBTOR.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Ocwen Loan Servicing, LLC, a secured creditor in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Federal Rule of Bankruptcy Procedure 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned, and pursuant to Federal Rule of Bankruptcy Procedure 2002(g), requests that the following be added to the Court's master mailing list:

**Michael Gulisano, Esq.**
**Van Ness Law Firm, PLC**
**1239 E. Newport Center Drive, Suite 110**
**Deerfield Beach, Florida 33442**

Dated: April 27, 2015                    Respectfully submitted by,

                                                   VAN NESS LAW FIRM, PLC
                                                 1239 E. Newport Center Drive, Suite 110
                                                 Deerfield Beach, Florida 33442
                                                 Phone (954) 708-2328
                                                 Fax    (954) 571-4003

                                                 /s/ Michael Gulisano
                                                 Michael Gulisano, Esquire
                                                 Florida Bar No.: 87573
                                                 mgulisano@vanlawfl.com

## **CERTIFICATE OF SERVICE**

    I CERTIFY that a copy of the foregoing Notice of Appearance was served on April 27, 2015 by U.S. Mail or CM/ECF electronic filing on all parties in this action.

Dated: April 27, 2015        /s/ Michael Gulisano
                                      Michael Gulisano, Esq.
                                      Florida Bar No.: 87573