UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                                    CASE NO.: 15-16978-JKO

JULIO C GURREA,                                                              CHAPTER 13
AKA JULIO GURREA,
AKA JULIO CESAR GURREA,
AKA JULIO CESAR GURREA, SR.,
AKA JULIO GURREA, SR.,
AKA JULIO C GURREA, SR.,

CORAL GURREA,
AKA CORAL RODRIGUEZ,
AKA CORAL RODRIGUEZ GURREA,
AKA CORAL RODRIGUEZ-GURREA,,

DEBTOR.
_____/

**SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Movant, OCWEN LOAN SERVICING, LLC, AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGE TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 (the "Movant"), a secured creditor, by and through counsel, pursuant to 11 U.S.C. § 1325, objects to confirmation of the proposed Chapter 13 plan (Doc. No. 18) and states:

1. The Movant holds a note and mortgage secured by property of the estate.

2. The Movant has filed or intends to file a proof of claim showing a total claim of $363,808.12.

3. A plan can only be confirmed if it meets the requirements of 11 U.S.C. § 1325. If the plan includes a secured claim, which the Movant's claim is, 11 U.S.C. § 1325(a)(5) requires that one of three conditions must be met: (1) the creditor accepts the plan, (2) the creditor retains its lien in the collateral and receives payments under the plan totaling the amount of its allowed

claim, or (3) the debtor surrenders the collateral securing the creditor's claim.

4. Here, the proposed plan does not comply with 11 U.S.C. § 1325(a)(5) because the Movant has not accepted the plan, the plan does not surrender the collateral securing the Movant's claim, and the plan does not provide for the Movant to receive payments with a value equal to the allowed amount of its claim.

**WHEREFORE**, the Movant respectfully requests that the Court deny confirmation of the proposed Chapter 13 plan and grant and other relief deemed just and proper.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing Secured Creditor's Objection to Confirmation of Chapter 13 Plan was served on May 26, 2015 by CM/ECF electronic filing to all registered users in this action and by US Mail to the non-registered user or users listed below.

    Respectfully submitted by,

    VAN NESS LAW FIRM, PLC
    1239 E. Newport Center Drive, Suite 110
    Deerfield Beach, FL 33442
    Phone (954) 708-2328
    Fax (954) 571-4003

    /s/ Marian Kennady
    Marian Kennady, Esquire
    Florida Bar No.: 379580
    bankruptcy@vanlawfl.com

**MAILING MATRIX**

JULIO C GURREA
8322 SW 44TH PLACE
DAVIE, FL 33328-2969
AKA JULIO GURREA
AKA JULIO CESAR GURREA
AKA JULIO CESAR GURREA, SR.
AKA JULIO GURREA, SR.
AKA JULIO C GURREA, SR.

CORAL GURREA
8322 SW 44TH PLACE
DAVIE, FL 33328-2969
AKA CORAL RODRIGUEZ
AKA CORAL RODRIGUEZ GURREA
AKA CORAL RODRIGUEZ-GURREA