## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Julio and Coral Gurrea               Case No: 15-16978
                                            Chapter 13

_____Debtors_____/

### EX PARTE MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH Ocwen Loan Servicing LLC

The above-referenced Debtors request the Court enter an Order approving the Mortgage Modification Agreement with Ocwen Loan Servicing LLC ("Lender") and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on August 26, 2015 ( ECF # 38).

2. The final MMM conference was held December 7, 2015.

3. The MMM Mediator filed a Final Report of Mortgage Modification Mediator on December 28, 2015 (ECF #47), reporting the parties reached an agreement (TRIAL).

4. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

**[For chapter 13 cases only]:**

6. Pursuant to the Agreement, the Debtor will modify the payment plan to provide for the payment.

MMM-LF-14 (08/01/14)

Page 1 of 2

7. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

8. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE, the** Debtors request the Motion to Approve Mortgage Modification Agreement with Ocwen Loan Servicing LLC ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Mortgage Modification Agreement with Ocwen Loan Servicing LLC, was served by U.S, first class mail, upon the parties listed below on December 28, 2015.

/s/ Robert Sanchez, Esq.
Attorney for Debtor(s)
Address: 355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008
Fax:_(305) 512-9701
Florida Bar No.: 0442161
email: Court@bankruptcyclinic.com

Copies to: [all parties to mediation]

Debtors, Julio and Coral Gurrea, 8322 SW 44th Place, Davie, FL 33328

Mediator Anthony Roca: tony@rocalaw.com

| Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC |
|---|---|
| Attn: Bankruptcy Department | c/o VAN NESS LAW FIRM, PLC |
| POB 24605 | 1239 E. Newport Center Drive, Suite 110 |
| West Palm Beach, FL 33416. | Deerfield Beach, FL 33442 |