

**OCWEN**

**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

**We are here to help!**
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

10/30/2015

Loan Number:           04

Julio C Gurrea
Coral Gurrea
8322 Sw 44th Pl
Davie, FL 33328

**Property Address:**
8322 Sw 44th Pl
Davie, FL 33328

## LOAN MODIFICATION AVAILABLE TO YOU
### WE CAN LOWER YOUR PAYMENT

Dear Customer(s),

We have reviewed your loss mitigation application and the financial information you provided. Your loan has been evaluated for all loss mitigation options available. We are pleased to offer you more affordable payments and the opportunity to stay in your home, with the enclosed Home Affordable Modification Program (HAMP) Trial Period Plan (the "Trial Period Plan") for your loan referenced above.

Time is of the essence. You must contact us at (800) 746-2936 or in writing at the address provided below to confirm your intent to accept this offer <u>within 14 days of this notice</u>, or alternatively, submit your first Total Monthly Payment as defined in the enclosed offer <u>within 14 days of this notice</u>.

Ocwen Loan Servicing, LLC
ATTN: Modification Processing
1661 Worthington Road, Ste.100
West Palm Beach, Florida 33409

If you contact us or make the payment within 14 days of this notice, we will not refer your loan to foreclosure, or if your loan has been referred to foreclosure, we will suspend the next legal action in the foreclosure proceedings.

Please note, even if you notify us of your intent to accept the offer within 14 days of this notice, you must remit your Total Monthly Payment on or before the first payment date defined in the enclosed offer.

3604                                                                                                                                          HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
Helping Homeowners is What We Do!™

We are here to help!
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

## PAYMENT REMITTANCE INFORMATION
### PLEASE DON'T FORGET TO:
1. Make checks payable to Ocwen Loan Servicing, LLC.
2. Always include your loan number with your payment.

### PAYMENT METHODS

| Western Union | Money Gram |
|---|---|
| **Code City:** OCWEN<br>**State:** Florida<br>**Reference:** Loan #       604<br>**ATTN:** Cashiering Dept.<br>**Agent Locator:** (800) 225-5227 | **Receiver Code:** 2355<br>**Payable to:** Ocwen Loan Servicing, LLC<br>**City, State:** Orlando, Florida<br>**Reference:** Loan #      '3604<br>**Agent locator:** (800) 926-9400 |

| Mail: Money Order, Personal Check or Certified Check | Bank Wire |
|---|---|
| **Regular Mail:**<br>Ocwen Loan Servicing, LLC<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440<br>**Overnight/ Certified Mail:**<br>Ocwen Loan Servicing, LLC<br>6716 Grande Lane, Bldg 9, Ste 910<br>Louisville, KY 40213-1407 | **Bank:** Wells Fargo Bank, NA<br>**ABA:** 121000248<br>**Account Number:** 4124823352<br>**Account Name:** Ocwen Loan Servicing, LLC<br>**Reference:** Loan #       604 and Property Address and Borrower Name<br>**Email:** Wire details to Transferfunds@ocwen.com |

We have established evaluation criteria that set an order ranking for evaluation of loss mitigation options (commonly known as a "waterfall"). Based upon this ranking system, you have qualified for a HAMP Trial Period Plan which necessarily means that we are unable to offer all modification options ranked below it, including our proprietary modification programs.

**What you should do if you disagree with the reason(s) for non-approval and want to appeal?**

If you disagree with the reason(s) for non-approval, you have the right to appeal. To appeal, you have 30 days from the date of this notice to send a written explanation and supporting documentation to substantiate your findings. Please email a copy of this letter along with any supporting documents to escalatedcases@ocwen.com or mail to:

Ocwen Loan Servicing, LLC Escalations Department P.O. Box 785061 Orlando, FL 32878-5061

No foreclosure sale will be conducted and you will not lose your home during this 30-day period. However, please note the foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

If you choose to appeal our decision, any loss mitigation options that are offered to you in this notice, if any, will remain available

604                                                                                                                              HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
Helping Homeowners is What We Do! ™

We are here to help!
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

pending the outcome of your appeal. At that time, we will provide you with a new notice detailing how to accept an offer of loss mitigation.

If you wait to accept the loss mitigation options that are offered to you in this notice, if any, until after receiving our appeal decision, your loan will become more delinquent. Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage loan during the appeal. In that event, the payment amounts and due dates of the initial offer may be adjusted.

**New York Residents: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at (877) BANK-NYS (226-5697) or www.dfs.ny.gov.**

**North Carolina Residents: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

If you have any questions, please contact us at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm or Sunday 9:00 am to 9:00 pm ET.

Jason Berkeley has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

If you would like to submit a qualified written request, a notice of error, or a request for information you must use the following address:

Research Department
PO Box 24736
West Palm Beach, FL 33416-4736

Sincerely,
Loan Servicing

3604                                                                                                                        HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852



Ocwen Loan Servicing, LLC
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

We are here to help!
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am – 5:00pm
Sun 9:00am – 9:00pm ET

## FOR ADDITIONAL ASSISTANCE

When you are experiencing a financial hardship, housing counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program (HAMP), ask the counselor for MHA HELP.

| | | |
|---|---|---|
| **HUD Approved Housing Counseling** | (800) 569-4287 | www.HUD.gov |
| **Homeowner's HOPE Hotline Number** | (888) 995-4673 | www.hopenow.com |
| **Making Home Affordable Program** | | www.makinghomeaffordable.gov |
| **Fannie Mae Assistance Program** | | www.knowyouroptions.com |

Call our Customer Care Center at (800) 746-2936 to discuss your options. You can get information about any of these Alternatives to Foreclosure, and you can set up time to meet with your Relationship Manager, Jason Berkeley. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

### For Borrowers in New York:
The New York State Department of Financial Services website provides detailed information about programs and services that are available to provide you with assistance in avoiding foreclosure. http://www.dfs.ny.gov/

### For Borrowers in North Carolina:
The North Carolina Commissioner of Banks website provides resources related to avoiding foreclosure. To access these resources, click on the "Need Foreclosure Help?" link on the homepage. http://www.nccob.gov/public/

### For Borrowers in Massachusetts:
The Massachusetts Attorney Generals HomeCorps program is available to assist eligible borrowers with obtaining a loan modification. The HomeCorps program may be contacted at:

Phone: (617) 573-5333
TTY:  (617) 727-4765
www.mass.gov/ago/homecorps

i3604                                                                                                   HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852



OCWEN

**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

**We are here to help!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

10/30/2015

Loan Number:    3604

Julio C Gurrea
Coral Gurrea
8322 Sw 44th Pl
Davie, FL 33328

**Property Address**:
8322 Sw 44th Pl
Davie, FL 33328

Dear Customer(s),

As your loan servicer, we are committed to working with you to help make your payment more affordable. As a result of the financial information you have already provided to us, we have been able to build the enclosed Home Affordable Modification Program (HAMP) Trial Period Plan for you. This Trial Period Plan provides for a "Trial Period" of monthly payments. These payments are based on the information you have provided, regarding your income. They are also an estimate of what your monthly payments will be, if you receive a permanent modification under the terms of the program.

At this point, however, it is important for you to understand that you have not yet met all of the qualifications for a Permanent Modification. In order to qualify, you must first comply with the provisions of this Trial Period Plan. We will then evaluate your qualifications for a Permanent Modification.

**If you wish to accept the offer, you must complete one of the following options:**

1. **Submit your first Trial Plan Payment no later than 11/13/2015 with one of the attached coupons.**

2. Send us your personal acceptance of the Trial Period Plan in writing.

   **For fastest processing Fax or Email – for fastest processing**           or           **Regular Mail**

   Fax: 407-737-5693
   Email: mod@ocwen.com

   Ocwen Loan Servicing, LLC
   Attn: Home Retention Department
   1661 Worthington Road, Suite 100
   West Palm Beach, Florida 33409

3. **Contact us!** You can reach us at 1-800-746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

   Jason Berkeley has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

604                                                                                                                              HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

We are here to help!
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

The following documents were designed to help you understand and take advantage of this offer:

- **"Trial Period" Payment Coupons** – Use these coupons in place of your normal payment method while on your Plan
- **What You Must Do Now** – This provides instructions for payment and submission of required documentation
- **Home Affordable Modification Program Loan Trial Period Plan** – This includes the terms of your Trial Period Plan
- **Frequently Asked Questions**
- **Notifications**

If you qualify, and we are able to permanently modify your loan, you may also be eligible for a 'pay-for-success' incentive. This would be available for each month that you make your payments on time and would begin with the 'Trial Period' payments provided for under your Trial Period Plan. If your monthly mortgage payment, (including principal, interest, property taxes, hazard insurance, flood insurance, condominium association fees and homeowner's association fees, as applicable, but excluding mortgage insurance) under the Trial Period Plan, is reduced by a minimum of a six (6%) percent and you make your payments on time, you will receive a monetary incentive. Depending on your modified monthly payment, you may accumulate up to $1,000 each year, for 5 years for a total of $5,000.

The way this incentive works, if you succeed in making all of your payments within a twelve (12) month period, beginning with due date of your first 'Trial Period' payment, the amount of your incentive will be applied to reduce the principal balance on your loan. This will occur each year, after the anniversary of the due date on which your first 'Trial Period' payment was due. This will help you to earn additional equity in your home, by reducing the amount that you owe. However, you must remain current on your loan. If you qualify and receive a Permanent Modification, and you become more than 90 days past due on any payment, you will lose this important benefit.

If your loan is permanently modified, this may result in state, or local tax consequences to you and/or affect your eligibility for any public assistance benefits. We cannot advise you on these impacts and encourage you to contact a tax professional to discuss any questions you may have.

If you do not qualify for a permanent modification under this program, we will continue to work with you to explore other options that may be available to you.

Receipt of payment matching the terms of this Trial Period Plan constitute acceptance of this offer.

If you have any questions, please contact us at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Jason Berkeley has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

Sincerely,
Loan Servicing

Enclosures

**Note:** This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Notice Regarding Bankruptcy:** If you are currently involved in a bankruptcy proceeding or have been discharged of your personal liability for the repayment of this debt, this notice is being provided for informational purposes only and is not an attempt to collect a pre-petition or discharged debt. Any action taken by us is for the sole purpose of protecting our lien interest in your property and is not to recover any amounts from you personally. If you have surrendered your property during your bankruptcy case, please disregard this notice.

**Note:** If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance with your Chapter 13 Plan and disregard this notice.

ᴊ3604                                                                                                                                      HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Page 2                                                                                                                                           NMLS # 1852



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

We are here to help!
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

## PAYMENT REMITTANCE INFORMATION
### PLEASE DON'T FORGET TO:

1. Make checks payable to Ocwen Loan Servicing, LLC.
2. Always include your loan number with your payment.

### Payment Methods

**Western Union**
Code City: OCWEN
State: Florida
Reference: Loan #           ___604
ATTN: Cashiering Dept.
Agent Locator: (800) 225-5227

**Money Gram**
Receiver Code: 2355
Payable to: Ocwen Loan Servicing, LLC
City, State: Orlando, Florida
Reference: Loan #           604
Agent locator: (800) 926-9400

**Mail: Money Order, Personal Check or Certified Check**
Regular Mail:
Ocwen Loan Servicing, LLC
P.O. Box 6440
Carol Stream, IL 60197-6440

For Overnight/ Certified Mail:
Ocwen Loan Servicing, LLC
6716 Grande Lane, Bldg 9, Ste 910
Louisville, KY 40213-1407

**Bank Wire**
Bank: Wells Fargo Bank, NA
ABA: 121000248
Account Number: 4124823352
Account Name: Ocwen Loan Servicing, LLC
Reference: Loan #           i3604 and Property Address and Borrower Name
Email: Wire details to Transferfunds@ocwen.com

˜3604                                                                HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



OCWEN

**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

We are here to help!
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

## Trial Period Plan Payment Coupons

------------------------------------------------ Mail This Portion With Your Payment ------------------------------------

**Account Number :**        __3604
**Date Payment Due:** 12/1/2015
**Total Amount Due :**  $1,158.79

Julio C Gurrea

Mail To:
OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Ste.100
West Palm Beach, FL 33409

------------------------------------------------ Mail This Portion With Your Payment ------------------------------------

**Account Number**         i3604
**Date Payment Due:** 1/1/2016
**Total Amount Due :**  $1,158.79

Julio C Gurrea

Mail To:
OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Ste.100
West Palm Beach, FL 33409

------------------------------------------------ Mail This Portion With Your Payment ------------------------------------

**Account Numb**           3604
**Date Payment Due:** 2/1/2016
**Total Amount Due :**  $1,158.79

Julio C Gurrea

Mail To:
OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Ste.100
West Palm Beach, FL 33409

 604                                                                                              HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Page 4                                                                                   NMLS # 1852



Ocwen Loan Servicing, LLC
WWW.OCWENCUSTOMERS.COM
Helping Homeowners is What We Do! ™

We are here to help!
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

## What You Must Do Now

In order for us to qualify you for a permanent modification, you must comply with the following:

### Trial Period Plan Payments

Utilize the payment coupons provided which detail the amount and due date specified in the Trial Period Plan;

- If you were previously required to remit payments by certified funds, this requirement extends through the period of your Trial Period Plan. Certified funds are defined as: money orders, cashier's checks, or personal checks certified by your local bank.
- You must send the amount of the "Trial Period" payment as provided for under your Trial Period Plan, instead of, not in addition to, your normal monthly mortgage payment.
- You must send the exact amount stated on each coupon. Please do not send more or less than what is noted to ensure eligibility.
- "Trial Period" payments must be received on or prior to the 10th day following the due date provided on each coupon.

### Outstanding Required Documentation

You may be required to submit additional documentation in order for us to process your modification request. If further documentation is needed, we will send you a separate letter requesting the outstanding required documentation.

### Important Trial Period Plan Information

- If you comply with all of the provisions of your Trial Period Plan, and you are provided with a Permanent Modification, we will not conduct a foreclosure sale.
- If you cannot afford the Trial Period Plan payments but want to avoid foreclosure, please call us at (800) 746-2936. We may be able to help you.
- If you are provided with a Permanent Modification, we will waive all unpaid late charges.
- Your credit score may be adversely affected by this Trial Period Plan. The same may be true if you receive a Permanent Modification.
  For more information about your credit score please go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

:604                                                                                                                     HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

We are here to help!
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

### TRIAL PERIOD PLAN
(Step One of Two-Step Documentation Process)

| | |
|---|---|
| Loan Trial Period Plan Effective Date: | 12/1/2015 |
| Borrower ("I") | Julio C Gurrea Coral Gurrea |
| Lender and/or Servicer ("Lender"): | Ocwen Loan Servicing, LLC |
| Loan Number: | 3604 |
| Property Address ("Property"): | 8322 Sw 44th Pl |
| | Davie, FL 33328 |

If I comply with all of the provisions of this Trial Period Plan and my representations in Section 1 continue to be true in all material respects, then the Lender/Servicer or agent for Lender/Servicer may provide me with a Permanent Modification, as set forth in Section 3, that would amend and supplement; (1) the Mortgage/Deed of Trust on the Property, and (2) the Note secured by the Mortgage/Deed of Trust. The Mortgage/Deed of Trust and Note together, as they may previously have been amended, are referred to as the "Loan Documents". Capitalized terms used in this Plan and not defined have the meaning given to them in the Loan Documents.

If I have not already done so, I am providing confirmation of the reasons I cannot afford my mortgage payment and documents to permit verification of all of my income (except that I understand that I am not required to disclose any child support or alimony unless I wish to have such income considered) to determine whether I qualify for the offer described in this Plan (the "Offer"). I understand that the Lender will implement a Trial Period, or will send me written notice that I do not qualify for the Offer. If I am approved for a Permanent Modification, I understand I will be provided with a document detailing the terms of the modification.

1. **My Representations**. I certify to the Lender that:

    A. I am unable to afford my mortgage payments for the reasons indicated in my Hardship Affidavit and as a result, (i) I am either in default or believe I will be in default under the Loan Documents in the near future, and (ii) I do not have access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

    B. I live in the Property as my principal residence, and the Property has not been condemned;

    C. There has been no change in the ownership of the Property since I signed the Loan Documents;

    D. I am providing or already have provided documentation for all income that I receive (except that I understand that I am not required to disclose any child support or alimony that I receive, unless I wish to have such income considered to qualify for the Offer);

    E. Under penalty of perjury, all documents and information I have provided to Lender pursuant to this Plan, including the documents and information regarding my eligibility for the program, are true and correct;

    F. If Lender requires me to obtain credit counseling, I will do so;

    G. If I was discharged in a Chapter 7 bankruptcy case subsequent to the execution of the Loan Documents, Lender agrees that I will not have personal liability on the debt pursuant to this Plan.

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

We are here to help!
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

2. **The Trial Period Plan.** On each of the following due dates, I will pay the Lender the amount set forth below, which are my "Trial Period" payments. These include payment for Escrow items (where permitted by law), including real estate taxes, insurance premiums and other fees, if any, of $ 440.41.

- 12/1/2015:    $1,158.79
- 1/1/2016:    $1,158.79
- 2/1/2016:    $1,158.79

The "Trial Period" Payment is an **estimate** of the amount I will be required to pay under the terms of the Permanent Modification, which will be finalized in accordance with Section 3 below.

During the period of the Trial Period Plan, commencing on the date of this Plan and ending on the earlier of:
(i) The first day of the month following the month in which the last "Trial Period" payment is due (the "Modification Effective Date") or
(ii) Termination of this Plan, I understand and acknowledge that:

A. TIME IS OF THE ESSENCE under this Plan;

B. Except as set forth in Section 2.C. below, the Lender will suspend any scheduled foreclosure sale, provided I continue to meet the obligations under this Plan, but any pending foreclosure action will not be dismissed and may be immediately resumed from the point at which it was suspended if this Plan terminates, and no new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will be necessary to continue the foreclosure action, all rights to such notices being hereby waived unless prohibited by law; however, I may continue to receive foreclosure/eviction notices-delivered by mail or in person or I may see steps being taken to proceed with the foreclosure of my home. While I may not lose my home during the evaluation, to protect my rights under applicable foreclosure law, I may need to respond to these foreclosure notices or take other actions.    If I do not understand the legal consequences of the foreclosure, I understand that I am encouraged to speak to an attorney or a housing counselor for assistance;

C. During the period of the Trial Period Plan, if you have an escrow account for the payment of your taxes and insurance, your payment continues to include your monthly escrow contribution. If you have not had an escrow account in the past, your payments during the period of the Trial Period Plan will now include a payment to an escrow account, if permitted by law;

D. If my property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and the Lender may foreclose if I do not make each and every "Trial Period" payment that is due before the scheduled foreclosure sale. If a foreclosure sale occurs pursuant to this Section 2.C., this agreement shall be deemed terminated;

E. The Lender will hold the payments received during the Trial Period in a non-interest bearing account until they total an amount that is enough to pay the oldest delinquent monthly payment, under my Note, in full. **Once the "Trial Period" payments I have made are equal to a full monthly payment under my Loan Documents, those funds will be applied to pay my oldest delinquent payment.** If there is any remaining money after such payment is applied, such remaining funds will be held by the Lender and not posted to my account until they total an amount that is enough to pay the next oldest delinquent monthly payment in full;

53604                                                                                                           HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

We are here to help!
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

- F. If, prior to what would otherwise be the Effective Date of my Permanent Modification, I have not made all of the "Trial Period" payments required under Section 2 of this Trial Period Plan; or if the Lender determines that my representations in Section 1 are no longer true and correct, my loan will not be modified and this Trial Period Plan will terminate. In the event that this occurs, the Lender will have all of the rights and remedies provided by the Loan Documents, and any payment I make under this Trial Period Plan shall be applied to amounts I owe under the Loan Documents and shall not be refunded to me; and

- G. I understand that the Trial Period Plan is not a modification of my loan and my loan will not be modified unless or until I meet all of the conditions required for modification. I understand and agree that the Lender will not be obligated or bound to modify my loan if I fail to meet any one of the requirements under this Trial Period Plan.

3. **The Modification.** I understand that once Lender is able to determine the final amounts of unpaid interest and any other delinquent amounts (except late charges) to be added to my loan balance and after deducting from my loan balance any remaining money held at the end of the Trial Period under Section 2.D. above, the Lender will determine the new payment amount. If I comply with the requirements in Section 2 and my representations in Section 1 continue to be true in all material respects, the Lender will provide a Modification Agreement for my signature, which will modify my loan as necessary to reflect this estimated payment amount provided for under my Trial Period Plan, and waive any unpaid late charges accrued to date. Upon execution of a Modification Agreement by the Lender and me, this Trial Period Plan shall terminate and the loan, as modified by the Modification Agreement, shall govern the terms between the Lender and me for the remaining term of the loan.

4. **Additional Agreements.** I agree to the following:

   - A. That, unless a borrower or co-borrower is deceased, all persons who signed the Loan Documents have agreed to this Plan.

   - B. To comply, except to the extent that they are modified by this Trial Period Plan, with all covenants, agreements, and requirements of my Loan Documents, including my agreement to make all payments of taxes, insurance premiums, mortgage insurance premiums, assessments, Escrow Items, impounds, and all other payments, the amount of which may change periodically over the term of my loan (unless prohibited by law).

   - C. That this Trial Period Plan constitutes notice that the Lender's waiver as to payment of Escrow Items, if any, has been revoked, and I have been advised of the amount of taxes and hazard insurance premiums needed to fund my Escrow Account, unless prohibited by law.

   - D. That all terms and provisions of the Loan Documents remain in full force and effect; nothing in this Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents. The Lender and I will be bound by, and will comply with, all of the terms and provisions of the Loan Documents.

   - E. For loans with mortgage insurance, the mortgage insurance premium may be subject to change following permanent modification. Any change would be proportionate to the modified loan amount, including any deferred balance, and will be reflected in your next escrow analysis following the Permanent Modification.

**Receipt of payment matching the terms of this agreement constitutes acceptance of this offer.**

3604                                                                                                                     HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

We are here to help!
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

## Frequently Asked Questions

**How was my Trial Period Payment determined?**
Your "Trial Period" payment is approximately 31% of your total gross monthly income. However, the terms of your Trial Period Plan require us to create an escrow account (where not prohibited by law) for payment of your property taxes, insurance premiums and other permissible escrow. Your current loan may already have an escrow account. If it does not, the previous Waiver of Escrows is cancelled under this new Trial Period Plan.

**Could my Trial Period Payment be more than my current payment?**
Possibly. For example, if your current payment does not include an escrow payment and you are now required to make monthly escrow payments, your "Trial Period" payment could be higher than your current monthly payment. However, the increase in your payment will be offset by no longer having to pay taxes and insurance bills yourself, as we will pay them on your behalf from your new escrow account.

**What happens to my Trial Period Payments if I do not comply with the terms of the Workout Plan?**
Your Trial Period Payments will be applied to your existing loan according to the terms of your Loan Documents.

**Will a foreclosure occur if I participate in the program?**
As long as you comply with the terms of the Trial Period Plan, we will not continue with foreclosure proceedings or conduct a foreclosure sale if foreclosure proceedings have started. If you do not qualify, or if you fail to comply with the terms of the Trial Period Plan, you will be provided with a Non-Approval Notice. In most cases, you will have 30 days to review the reason for denial and contact us in writing to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but **no foreclosure sale will be conducted and you may not lose your home.**

**Can you delay the first payment date under this agreement?**
Any delays in the payment due date under this agreement will increase the delinquent interest being capitalized, which would impact all the balances calculated with the proposed modification. The incentives offered through this plan would also be reduced by one month's accrual of the incentive payment if you do not make an additional trial period payment.

**How will this affect my credit?**
We are required to report factual information to the credit reporting agencies. If your account is past due at the time you enter into the Trial Period Plan, we will continue to report that your account is past due, unless or until your loan is brought current. If, however, you do not successfully complete the Trial Period Plan, and your loan is not permanently modified, accurate reporting will continue including any adverse reporting.

**How long will it take to process my modification request and determine if I qualify for the program?**
Based on the information you have already provided, we have successfully qualified you for this Trial Period Plan. If you provide all of the documentation requested on page three (3) of this letter, if applicable, and make payments as required under the Trial Period Plan, we will evaluate your qualifications for a Permanent Modification. You will be notified of our final decision within twenty (20) days of receipt of your final payment under the Trial Period Plan.

**Will my principal and interest payments be fixed after my loan is permanently modified?**
Once your loan is permanently modified, your interest rate and your monthly principal and interest payments will be fixed for the remaining life of your loan, unless your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches the cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey Rate for 30-year, fixed rate conforming mortgages). Once your interest rate reaches the cap, it will be fixed for the remaining life of your loan.

i604                                                                                                                                HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWENCUSTOMERS.COM
Helping Homeowners is What We Do! ™

We are here to help!
Call toll-free (800) 746-2936
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

**Will the escrow portion of my payment change?**
If the cost of your insurance premiums, property tax assessment or other escrow expenses increases, your monthly payment will increase as well. During the establishment of the escrow account any outstanding premiums due for property taxes or insurance were advanced and paid on your behalf. This would create an escrow shortage. If a shortage exists on the account, it will be factored into your payment after the Trial Period Plan is complete.

**Is a property evaluation fee assessed to my account?**
The BPO completed to determine the value of the property resulting from the HAMP evaluation is initially assessed to the account, but not required to be re-paid by the borrower under the HAMP guidelines. However, if your loan is delinquent prior to the HAMP trial, any fees that incur resulting from normal collection activity will be appropriately charged to the account and payment due from you.

**The Trial Period Plan notice will be rescinded if an error is detected.**
You agree that, if an error in the terms of the Trial Period Plan or your eligibility is detected after issuance of the Trial Period Plan notice, the Plan will be void and of no legal effect upon notice to you of such error. You understand that a corrected Trial Period Plan will be provided to you if it is determined that you remain eligible for a loan modification after correction of the error.

**Am I eligible for any Principal Forgiveness?**
If you qualify for a permanent modification and your loan is modified, you may be eligible to have some of your principal forgiven on a deferred basis known as "Deferred Principal Reductions". So long as your modified loan remains in good standing and at no time does your loan become more than 90 days past due, a portion of your principal balance may be forgiven on the anniversary of the due date of your first "Trial Period" payment and on that date for three years. You will lose this benefit if your modified loan becomes more than 90 days past due at any time during this three year period, including all accrued and unapplied amounts. Please contact us at (800) 746-2936 if you do not want principal forgiveness, we may have other modification options for you. Any principal forgiveness may have tax consequences and/or impact your eligibility for public assistance benefits. We advise you to seek guidance from a tax professional.

3604                                                                                                                                      HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

OCWEN

**We are here to help!**
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am – 5:00pm
Sun 9:00am – 9:00pm ET

## Notifications

**IMPORTANT NOTICE**     We want to help you avoid foreclosure scams.

**Beware of Foreclosure Rescue Scams. Help is Free!**

There is never a fee to get assistance or information about the Making Home Affordable program from your lender and/or Servicer or a HUD-approved housing counselor.
- For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc/
- Or, select a counseling agency by phone through the HOPE Hotline by calling (888) 995-HOPE. This is an on-demand counseling service that is available 24-hours a day/7- days a week. The HOPE Hotline is available in Spanish or English (other languages are available upon request).

Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

Never make your mortgage payments to anyone other than your mortgage company without their approval.



**NOTICE TO BORROWERS**

Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By acceptance of the enclosed documents you certify, represent and agree that:
"Under penalty of perjury, all documents and information I have provided to Lender and/or Servicer in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

**SIGTARP Hotline**

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by:
Online Form: www.SIGTARP.gov
Phone: (877) SIG-2009 (toll-free)
Fax: (202) 622-4559
Mail to: Hotline
Office of the Special Inspector General For The Troubled Asset Relief Program
1500 Pennsylvania Ave., NW, Ste 1064
Washington, D.C. 20220
For all other inquiries related to your mortgage, please contact your Lender and/or Servicer.

3604                                                                                                                   HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

**We are here to help!**
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

10/30/2015

Loan Number          ˜˜604

Julio C Gurrea
Coral Gurrea
8322 Sw 44th Pl
Davie, FL 33328

**Property Address:**
8322 Sw 44th Pl
Davie, FL 33328

Dear Customer(s),

Thank you for working with us to modify the above referenced mortgage. We know it's not easy to juggle life's demands and manage your finances, especially in today's economy. As a thank you for your time and effort, we want to offer you easy access to free financial education and coaching services available from the national non-profit "Homeownership Preservation Foundation (HPF)".

Don't worry! There is no catch or cost to you. Access to HPF's financial advisors really is free and personalized. Financial coaching can be customized to fit your situation. You can ask for guidance or decide for yourself what you need and there is no cost at all to you.

We want to make sure you know what's available and make it easy for you to take advantage.

| Sample of FREE Services Available | How to Take Advantage |
|---|---|
| **It's your situation that matters** - find what you need, all at NO cost<br>• **Getting out from under debt.** Practical solutions for managing expenses<br>• **Budgeting made easy.** Tips and strategies for you to manage and balance household finances<br>• **Personalized financial planning.** Steps and action plans for setting and reaching short- and long-term financial goals<br>• **Ensuring you understand the terms of the loan modification.** Answering questions you have regarding how to adhere to the modified loan terms | • **Call HPF toll-free** at (855) 306-1550 to get started. They are available Monday through Friday between 7:00 am and 8:00 pm ET. You can go online at www.995hope.org to learn more about HPF and their financial expertise.<br><br>OR<br><br>• **We will call you.** You will receive a call directly from us over the next several days, and we will help get you started. |

3604

HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852



**Ocwen Loan Servicing, LLC**
WWW.OCWENCUSTOMERS.COM
*Helping Homeowners is What We Do!* ™

OCWEN

**We are here to help!**
**Call toll-free (800) 746-2936**
Mon - Fri 8:00am – 9:00pm, Sat 8:00am –5:00pm
Sun 9:00am – 9:00pm ET

---

If you have any questions, please call our Customer Care Center toll-free at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm or Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Loan Servicing

**Note:** This is an attempt to collect a debt and any information obtained will be used for that purpose.

**Note:** If you are currently in bankruptcy under Chapter 13, you should continue to make payments in accordance with your Chapter 13 Plan and disregard this notice.

**Notice Regarding Bankruptcy:** If you are a debtor in an active bankruptcy case, this letter is not an attempt to collect either a pre-petition, post-petition or discharged debt and no action will be taken in willful violation of the Automatic Stay that may be in effect in your bankruptcy case. Furthermore, if you have received a Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in your property and is not an attempt to recover any amounts from you personally. If you have surrendered your property during your bankruptcy case, please disregard this notice. Finally, if you are in an active Chapter 11, 12, or 13 case, and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your bankruptcy plan.

3604                                                                                                                                                                  HMPTPP_NGSE_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Page 13                                                                                                                      NMLS # 1852