UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

    Julio and Coral Gurrea        Case No. 15-16978-JKO
        Debtors                      Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 17, 2015 the instant case was filed.

2. On October 26, 2015 debtors' Second Amended MMM Chapter 13 plan was confirmed.

3. In debtors' confirmed plan, the debtors were participating in this Court's Mortgage Mediation Modification program. The debtors were awarded a final modification.

4. Debtors desire to modify their plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

Submitted: March 21, 2016

                              Respectfully Submitted:

                              **ROBERT SANCHEZ, P.A.**
                              Attorney for Debtors
                              355 W 49th Street
                              Hialeah, FL 33012
                              Tel. 305-687-8008

                              By:*/s/ Robert Sanchez*_____
                                  Robert Sanchez, Esq., FBN#0442161