

ORDERED in the Southern District of Florida on May 2, 2016.

John K. Olson, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Julio and Coral Gurrea            Case No: 15-16978-JKO
                                         Chapter 13

_____Debtors_____/

**ORDER GRANTING MOTION TO APPROVE FINAL MORTGAGE MODIFICATION AGREEMENT WITH Ocwen Loan Servicing, LLC (LENDER)**

This matter came before the Court:

☒ On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with  Ocwen Loan Servicing, LLC ("Lender").

☐ For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

MMM-LF-16 (08/01/14)

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve FINAL Mortgage Modification Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before  May 29, 2016 to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Attorney Sanchez shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).