**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 15-16978-BKC-PGH**
PROCEEDING UNDER CHAPTER 13

IN RE:

JULIO C GURREA
XXX-XX-6534
CORAL GURREA
XXX-XX-1047

DEBTORS_____/

## TRUSTEE'S MOTION TO DEVIATE FROM PLAN
## AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtors filed a voluntary Chapter 13 Petition on **April 17, 2015**.

2. The Debtors' Chapter 13 Plan was confirmed on **October 5, 2015**.

3. The case was completed on **November 18, 2019**.

4. Ocwen Loan Servicing, LLC ("Creditor"), Account #3604, returned disbursed funds to the Trustee after completion of the case.

5. The Trustee requests permission to deviate from the Plan to disburse those payments mentioned in Paragraph 4 above to allowed unsecured creditors pro-rata.

6. The Trustee requests permission to deviate from the Plan and to refund any portion of the funds mentioned in Paragraph 4 directly to the Debtors, after all allowed unsecured creditors have been paid in full (if applicable) during the normal course of disbursement.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, allowing the Trustee to disburse payments returned by Creditor after completion of the case to allowed unsecured creditors, to refund any portion of the funds mentioned in Paragraph 4 directly to the Debtors, after all allowed unsecured creditors have been paid in full (if applicable) during the normal course of disbursement, and for such other and further relief as the Court deems just and proper.

MOTION TO DEVIATE
CASE NO.: 15-16978-BKC-PGH

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 8th day of June, 2020.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
JULIO C GURREA
CORAL GURREA
8322 SW 44TH PLACE
DAVIE, FL  33328-2969

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**CREDITOR**
Ocwen Loan Servicing, LLC
1661 Worthington Road
Suite 100
West Palm Beach,  FL  33409

**ADDITIONAL CREDITORS**
Corporation Service Company
r/a Ocwen Loan Servicing, LLC
1201 Hays Street
Tallahassee,  FL  32301

Ocwen Loan Servicing, LLC  
c/o Bankruptcy Department  
POB 24605  
West Palm Beach,  FL  33416-4605

Ronald Faris, President  
1661 Worthington Road Suite 100  
Ocwen Loan Servicing, LLC  
West Palm Beach,  FL  33409