

**ORDERED in the Southern District of Florida on June 8, 2020.**

Paul G. Hyman, Jr.,Judge
United States Bankruptcy Court

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO.:  15-16978-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

JULIO C GURREA
XXX-XX-6534
CORAL GURREA
XXX-XX-1047

DEBTORS_____/

### ORDER GRANTING TRUSTEE'S EXPARTE MOTION WAIVING THE
### FEE ON TRUSTEE'S MOTION TO REOPEN CASE AND REOPENING CASE

**THIS CAUSE** came to be heard, exparte, on the Motion of Robin R. Weiner, Chapter 13 Trustee ("Trustee"), for an Order Waiving the Filing Fee on Trustee's Motion to Reopen Case, and Reopening, so the Trustee may file a Motion to Deviate from the Chapter 13 Plan and the Court, otherwise duly advised in the premises, it is

**ORDERED:**

1. The Trustee's Motion is **GRANTED**.

2. The Trustee is not required to pay the filing fee of $235.00 to reopen the case.

ORDER GRANTING EXPARTE MOTION WAIVING FEE
CASE NO.:  15-16978-BKC-PGH

3.  This case shall be reopened for the purpose of allowing the Trustee to file a Motion to Deviate.

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTORS**
JULIO C GURREA
CORAL GURREA
8322 SW 44TH PLACE
DAVIE, FL  33328-2969

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.