

ORDERED in the Southern District of Florida on July 14, 2020.

Paul G. Hyman, Jr.,Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 15-16978-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

JULIO C GURREA
XXX-XX-6534
CORAL GURREA
XXX-XX-1047

DEBTORS_____/

### ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN (DE# 86)

**THIS CAUSE** came to be heard on the July 6, 2020 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Deviate from Plan ("Motion"), and based on the record, it is

**ORDERED:**

1. The Trustee's Motion is **GRANTED**.

2. The Trustee is directed to disburse funds specified in the Motion allocated to Ocwen Loan Servicing, LLC ("Creditor") to pay administrative, secured, and priority creditors more quickly (if applicable) and to increase the amount paid to allowed general unsecured creditors by the balance due Creditor for the remainder of the Plan term.

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  15-16978-BKC-PGH

3. The Debtors shall continue making payments under the Plan until further Order of this Court, if applicable.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTORS**
JULIO C GURREA
CORAL GURREA
8322 SW 44TH PLACE
DAVIE, FL  33328-2969

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**CREDITOR**
OCWEN LOAN SERVICING, LLC
1661 WORTHINGTON ROAD
SUITE 100
WEST PALM BEACH, FL  33409

**ADDITIONAL CREDITORS**
RONALD FARIS, PRESIDENT
1661 WORTHINGTON ROAD SUITE 100
OCWEN LOAN SERVICING, LLC
WEST PALM BEACH, FL  33409

CORPORATION SERVICE COMPANY
R/A OCWEN LOAN SERVICING, LLC
1201 HAYS STREET
TALLAHASSEE, FL  32301

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  15-16978-BKC-PGH

OCWEN LOAN SERVICING, LLC
C/O BANKRUPTCY DEPARTMENT
POB 24605
WEST PALM BEACH, FL  33416-4605

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.